**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01543-LTB-MEH

ROBIN SHINE,

      Plaintiff,

v.

LAS ANIMAS COUNTY SHERIFF'S OFFICE,
BOARD OF COUNTY COMMISSIONERS OF LAS ANIMAS COUNTY,
LAS ANIMAS COUNTY DETENTION CENTER,
SHERIFF JAMES CASIAS,
DEPUTY SHERIFF ANTHONY BOCCACCIO,
DEPUTY SHERIFF PHIL GARCIA, and
DEPUTY SHERIFF CHRIS DINGUS,

      Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiff's Unopposed Motion to File Amended Complaint (Doc 13 - filed October 5, 2006) is **GRANTED**.  The tendered Amended Complaint is accepted for filing.

Dated:  October 16, 2006
_____