IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01543-LTB-MEH

ROBIN SHINE,

    Plaintiff,

v.

LAS ANIMAS COUNTY SHERIFF'S OFFICE, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 10, 2007.**

Defendants' Stipulated Motion to Vacate January 23, 2007, Settlement Conference and Extend Certain Discovery Deadlines [Filed January 5, 2007; Docket #17] is **granted**. The settlement conference set for January 23, 2007, is **vacated**. The parties are directed to contact Chambers to reset the conference at the appropriate time.

It is further ORDERED that the discovery deadlines be modified as follows:

| | |
|---|---|
| Designation of experts: | February 14, 2007 |
| Rebuttal experts: | March 19, 2007 |
| Discovery cutoff: | April 10, 2007 |

No further extension will be granted absent a showing of exceptional cause.