IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01543-LTB-MEH

ROBIN SHINE,

    Plaintiff,
v.

LAS ANIMAS COUNTY SHERIFF'S OFFICE, *et al.*,

    Defendants.
_____

**ORDER**
_____

Before the Court is Defendants' Unopposed Motion for Leave to Take Deposition and Conduct Independent Medical Examination of Plaintiff Pursuant to Fed.R.Civ.P. 30(a)(2) [Docket #20]. Pursuant to Fed. R. Civ. P. 30(a)(2), leave of Court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Plaintiff is incarcerated in Sterling Correctional Facility. Defendants have tentatively set Plaintiff's deposition for February 8, 2007, and an independent medical examination for February 8, 2007.

Based upon a review of the record herein, the court finds that the discovery sought by the Defendants through Plaintiff's deposition and independent medical examination is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion, and any limitations under Fed. R. Civ. P 26(b)(2) would not apply. Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

Accordingly, Defendants' Unopposed Motion for Leave to Take Deposition and Conduct Independent Medical Examination of Plaintiff Pursuant to Fed.R.Civ.P. 30(a)(2) [Filed January 26, 2007; Docket #20] is **granted**. The deposition is subject to the limitations of Rule 30(d) and further subject to all rules and regulations which Plaintiff's place of incarceration may impose in connection

with its accommodation of the deposition and independent medical examination.

Dated at Denver, Colorado this 29th day of January, 2007.

                              BY THE COURT:

                              s/ Michael E. Hegarty
                              Michael E. Hegarty
                              United States Magistrate Judge