**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-01543-LTB-MEH

ROBIN SHINE,

      Plaintiff,

v.

LAS ANIMAS COUNTY SHERIFF'S OFFICE;
BOARD OF COUNTY COMMISSIONERS OF LAS ANIMAS COUNTY;
LAS ANIMAS COUNTY DETENTION CENTER;
SHERIFF JAMES CASIAS;
DEPUTY SHERIFF ANTHONY BOCCACCIO;
DEPUTY SHERIFF PHIL GARCIA; and
DEPUTY SHERIFF CHRIS DINGUS,

      Defendants.
_____

**ORDER OF PARTIAL DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss James Casias, Anthony Boccaccio, Phil Garcia, and Chris Dingus, With Prejudice (Doc 23 - filed February 22, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that James Casias, Anthony Boccaccio, Phil Garcia, and Chris Dingus are **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          Lewis T. Babcock, Chief Judge

DATED:   February 23, 2007