**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-01543-LTB-MEH

ROBIN SHINE,

      Plaintiff,

v.

LAS ANIMAS COUNTY SHERIFF'S OFFICE;
BOARD OF COUNTY COMMISSIONERS OF LAS ANIMAS COUNTY;
LAS ANIMAS COUNTY DETENTION CENTER;
SHERIFF JAMES CASIAS;
DEPUTY SHERIFF ANTHONY BOCCACCIO;
DEPUTY SHERIFF PHIL GARCIA; and
DEPUTY SHERIFF CHRIS DINGUS,

      Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss (Doc 25 - filed March 22, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter is **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

      s/Lewis T. Babcock
      Lewis T. Babcock, Chief Judge

DATED:   March 23, 2007